UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JANET MAVIS MARCUSSE,

    Movant,

v.

UNITED STATES OF AMERICA,

    Respondent.

                               /

File No. 1:09-CV-913

HON. ROBERT HOLMES BELL

## MEMORANDUM OPINION AND ORDER

On October 14, 2011, the government filed a 115-page Response to Movant's § 2255 motion. (Dkt. No. 59.) The extended length of the government's response was necessitated by Movant's 309-page brief in support of her motion. (Dkt. No. 34.) In light of the size of these filings, the Court will extend both the deadline and page limit for a reply, should Movant wish to file one. Accordingly,

**IT IS HEREBY ORDERED** that Movant shall have thirty days (30) from the date of this order to file a reply brief.

**IT IS FURTHER ORDERED** that Movant's reply brief shall not exceed twenty-five (25) pages.

Dated: October 17, 2011

/s/ Robert Holmes Bell
ROBERT HOLMES BELL
UNITED STATES DISTRICT JUDGE